MISCELLANEOUS SUPREME COURT DISPOSITIONS

CERTIFIED QUESTIONS, CERTIFIED APPEALS,
MANDAMUS PROCEEDINGS, AND OTHER MATTERS

July 3, 2012
Boles v. Jett (S060282)(352 Or 108). Petition for alternative writ of mandamus dismissed as moot.